AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Russell Watson,<br>*Plaintiff*<br>v.<br>William R Byars, in his official capacity; Job H. Carmichael, Jr.,<br>*Defendants* | Civil Action No.    0:13-cv-1292-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Russell Watson, shall take nothing of the defendants; William R. Byars and Job H. Carmichael, JR.; as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which granted defendants' motion to dismiss.

Date:  February 3, 2014                                ROBIN L. BLUME, CLERK OF COURT

                                                                    s/A. Buckingham
                                                        *Signature of Clerk or Deputy Clerk*